# **EXHIBIT 4**

(12) **United States Plant Patent**  (10) Patent No.:    **US PP23,400 P2**
Ferguson et al.                  (45) Date of Patent:   **Feb. 19, 2013**

(54) **STRAWBERRY PLANT NAMED 'DRISSTRAWTWENTYSEVEN'**

(50) Latin Name: *Fragaria×ananassa*
    Varietal Denomination: **DrisStrawTwentySeven**

(75) Inventors: **Michael D. Ferguson**, Moorpark, CA (US); **Terrance C. Moran**, Ojai, CA (US)

(73) Assignee: **Driscoll Strawberry Associates, Inc.**, Watsonville, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/317,079**

(22) Filed: **Oct. 7, 2011**

(51) Int. Cl.
    *A01H 5/00*       (2006.01)
(52) U.S. Cl. .................................................... Plt./208
(58) Field of Classification Search .................... Plt./208
    See application file for complete search history.

Primary Examiner — Annette Para
(74) Attorney, Agent, or Firm — Jondle & Associates, P.C.

(57) **ABSTRACT**

A new and distinct variety of strawberry plant named 'DrisStrawTwentySeven' characterized by having very large, conical fruit with strong sweetness and high yield is disclosed.

**3 Drawing Sheets**

---

Genus and species: *Fragaria×ananassa*.
Variety denomination: 'DrisStrawTwentySeven'.

## BACKGROUND OF THE NEW PLANT

The present invention relates to a new and distinct strawberry variety designated 'DrisStrawTwentySeven' and botanically known as *Fragaria×ananassa*. This new strawberry variety was discovered in Ventura County, Calif. in January 2007 and originated from a cross between the female parent 'DrisStrawEight' (U.S. Plant Pat. No. 20,735) and the proprietary male parent '10L297' (unpatented). A single plant was selected for asexual propagation via tissue culture and vegetative cuttings in Shasta County, Calif. in 2007.

'DrisStrawTwentySeven' underwent further testing in Ventura County, Calif. for five years (2007-2011). The present invention has been found to retain its distinctive characteristics through successive asexual propagations via stolons.

Plant Breeder's Rights for this variety have not been applied for. 'DrisStrawTwentySeven' has not been made publicly available or sold more than one year prior to the filing date of this application.

## SUMMARY OF THE INVENTION

The following are the most outstanding and distinguishing characteristics of this new cultivar when grown under normal horticultural practices in Ventura County, Calif.
1. High yield;
2. Very large, conic shaped fruit; and
3. Strong sweetness.

## DESCRIPTION OF THE PHOTOGRAPHS

The accompanying color photographs show typical specimens of the new variety at various stages of development. The colors shown are as true as can be reasonably obtained by conventional photographic procedures. The photographs were taken from six-month-old plants.

FIG. **1** shows overall plant habit including fruit at various stages of development.

FIG. **2** shows upper and lower surfaces of the leaves of the plant with three leaflets.

FIG. **3** shows both upper and lower surfaces of the flowers.

FIG. **4** shows the whole fruit.

FIG. **5** shows the fruit in longitudinal cross-section.

## DESCRIPTION OF THE NEW VARIETY

The following detailed descriptions set forth the distinctive characteristics of 'DrisStrawTwentySeven'. The data which define these characteristics is based on observations taken in Ventura County, Calif. from 2007 to 2011. This description is in accordance with UPOV terminology. Color designations, color descriptions, and other phenotypical descriptions may deviate from the stated values and descriptions depending upon variation in environmental, seasonal, climatic, and cultural conditions. 'DrisStrawTwentySeven' has not been observed under all possible environmental conditions. The botanical description of 'DrisStrawTwentySeven' was taken from six-month-old plants. Color terminology follows The Royal Horticultural Society Colour Chart, London (R.H.S.) (2001 edition). Descriptive terminology follows the *Plant Identification Terminology, An Illustrated Glossary*, 2nd edition by James G. Harris and Melinda Woolf Harris, unless where otherwise defined.

## DETAILED BOTANICAL DESCRIPTION OF THE PLANT

Classification:
   Species.—*Fragaria×ananassa*.
   Common name.—Strawberry.
   Denomination.—'DrisStrawTwentySeven'.
Parentage:
   Female parent.—The variety 'DrisStrawEight' (U.S. Plant Pat. No. 20,735).
   Male parent.—The proprietary variety '10L297' (unpatented).
Plant:
   Height.—19.6 cm.
   Diameter.—38.5 cm.
   Number of crowns/plant.—3.

  *Habit.*—Flat globose.
  *Density of individual plant.*—Medium.
  *Vigor (health and hardiness of plant).*—Medium.
Terminal leaflets:
  *Size.*—Small. Length: 7.2 cm. Width: 6.3 cm. Length/width ratio: 1.1 (As long as broad).
  *Number of teeth/terminal leaflet.*—23.
  *Shape of teeth.*—Obtuse-serrate to crenate.
  *Color.*—Upper surface: RHS 137A (Dark green). Lower surface: RHS 147B (Medium yellow-green).
  *Shape in cross section.*—Slightly concave.
  *Blistering.*—Medium.
  *Number of leaflets.*—Three only.
  *Shape.*—Orbicular.
  *Base shape.*—Obtuse.
  *Apex descriptor.*—Rounded.
  *Variegation.*—Absent.
  *Margin.*—Serrate.
  *Margin profile.*—Flat (Level with the leaflet blade).
Petiole:
  *Length.*—12.6 cm.
  *Diameter.*—2.86 mm.
  *Pubescence.*—Medium.
  *Pose of hairs.*—Outwards-horizontal.
  *Color.*—RHS 145B (Medium yellow-green).
Petiolule:
  *Length.*—7.0 mm.
  *Diameter.*—1.31 mm.
  *Bract frequency.*—0.
  *Color.*—RHS 145B (Medium yellow-green).
Stipule:
  *Length.*—3.1 cm.
  *Width.*—9.61 mm.
  *Pubescence.*—Dense.
  *Stipule anthocyanin coloration.*—Weak; RHS 51B (Light red).
Stolon:
  *Number.*—Many.
  *Average number of daughter plants per plant.*—108.
  *Anthocyanin coloration.*—Strong; RHS 39A (Medium red).
  *Thickness.*—Medium.
  *Pubescence.*—Sparse.
Inflorescence:
  *Position relative to foliage.*—Above.
  *Number of flowers.*—Medium.
  *Time of flowering (50% of plants at first flower).*—Very early.
  *Flower size.*—Medium.
  *Flower diameter.*—33.32 mm.
  *Petals.*—Shape: Orbicular. Apex: Rounded. Base: Concave-convex. Margin: Entire. Spacing: Overlapping. Length: 16.22 mm. Width: 15.56 mm. Length/width ratio: 1.0 (As long as broad). Typical and observed petal number per flower: 6. Color (upper surface): RHS 155B (White).
  *Calyx.*—Diameter: 49.30 mm. Diameter relative to corolla: Much larger. Inner calyx diameter relative to outer: Smaller. Insertion of calyx: Set above fruit — raised. Pose of calyx segments: Reflexed — upwards. Size of calyx in relation to fruit: Slightly larger. Adherence of calyx: Weak.
  *Sepal.*—Shape: Elliptical. Apex: Convex. Margin: Entire. Length: 20.53 mm. Width: 6.99 mm. Typical and observed sepal number per flower: 12 or 14.
  *Receptacle color.*—RHS 151D (Light yellow-green).
  *Stamen.*—Present. Anther color: RHS 20A (Medium yellow-orange).
  *Pedicel.*—Attitude of hairs: Upwards.
Fruiting truss:
  *Length.*—Long; 22.1 cm.
  *Diameter at base of truss.*—2.82 mm.
  *Number of berries per fruiting truss.*—2.
  *Attitude at first picking.*—Prostrate.
  *Color at base of truss.*—RHS N144 (Light yellow-green).
Fruit:
  *Relative fruit size.*—Very large.
  *Length.*—56.59 mm.
  *Width.*—48.78 mm.
  *Length/width ratio.*—1.2 (Longer than broad).
  *Fruit hollow length.*—26.51 mm.
  *Fruit hollow width.*—12.74 mm.
  *Fruit hollow length/width ratio.*—2.1.
  *Fruit hollow center (size).*—Large.
  *Weight (per individual berry).*—30.3 g.
  *Predominant fruit shape.*—Conical.
  *Difference in shape between primary and secondary fruits.*—Slight.
  *Evenness of fruit surface.*—Even or very slightly uneven.
  *Fruit skin color.*—RHS 46A (Dark red).
  *Evenness of fruit color.*—Even or very slightly uneven.
  *Fruit glossiness.*—Strong.
  *Achenes.*—Insertion of achenes: Below surface. Coloration (sunward side of berry): RHS 181A (Medium greyed-red). Coloration (shaded side of berry): RHS 153D (Medium yellow-green). Number per berry: 434. Weight (weight achenes divided by total # seed): 0.000517162. Width of band without achenes: Very broad.
  *Firmness of flesh.*—Firm.
  *Color of flesh (excluding core).*—RHS 40C (Medium red).
  *Color of core.*—RHS 155D (White).
  *Evenness of flesh color.*—Even.
  *Distribution of flesh color.*—Only marginal.
  *Sweetness.*—Strong.
  *Acidity.*—Weak.
  *Texture when tasted.*—Coarse.
  *Type of bearing.*—Not everbearing — not remontant.
  *Grams of fruit/plant.*—1063 g.
  *Harvest interval.*—December to July.
  *Harvest maturity.*—Very early.
Disease, pest, and stress resistance:
  *Botrytis fruit rot.*—Susceptible.
  *Powdery mildew.*—Moderately susceptible.
  *Verticillium wilt.*—Moderately resistant.
  *Ramularia tulasnei.*—Moderately susceptible.
  *Xanthomonas fragariae.*—Moderately susceptible.
  *Aphis spp. (Aphids).*—Moderately susceptible.
  *Lygus hesperus (Lygus bug).*—Susceptible.
  *Wind.*—Moderately resistant.
  *High temperatures.*—Moderately resistant.
  *High pH.*—Moderately resistant.

*High soil salt levels.*—Moderately resistant.
*Water logging.*—Moderately resistant.

COMPARISON WITH PARENTAL AND
COMMERCIAL VARIETIES

When 'DrisStrawTwentySeven' is compared to the female parent 'DrisStrawEight' (U.S. Plant Pat. No. 20,735), 'DrisStrawTwentySeven' is a flat globose and not everbearing plant, while 'DrisStrawEight' is a globose and partially everbearing plant. 'DrisStrawTwentySeven' has stolons with strong anthocyanin coloration and medium thickness, while 'DrisStrawEight' has thin stolons with weak anthocyanin coloration. Additionally, 'DrisStrawTwentySeven' is more vigorous, earlier fruiting, and higher yielding than 'DrisStrawEight' and has larger, firmer fruit with better rain tolerance than 'DrisStrawEight'.

When 'DrisStrawTwentySeven' is compared to the proprietary male parent '10L297' (unpatented), 'DrisStrawTwentySeven' is more vigorous, earlier fruiting, and higher yielding than '10L297' and has larger, firmer fruit with better flavor than '10L297'.

When 'DrisStrawTwentySeven' is compared to the commercial variety 'Driscoll El Dorado' (U.S. Plant Pat. No. 16,238), 'DrisStrawTwentySeven' has a flat globose habit, an obtuse terminal leaflet base, obtuse to serrate to crenate terminal leaflet teeth, and a very broad band without achenes, while 'Driscoll El Dorado' has a globose habit, rounded terminal leaflet base and teeth, and a narrow to medium width band without achenes. Additionally, 'DrisStrawTwentySeven' has strongly sweet fruit with weak acidity, while 'Driscoll El Dorado' has fruit with medium sweetness and acidity.

We claim:

1. A new and distinct variety of strawberry plant named 'DrisStrawTwentySeven' as described and shown herein.

\* \* \* \* \*



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5