MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
TAIT K. ANDERSON (CA SBN 347783)
TAnderson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

SOO J. PARK (CA SBN 300988)
Spark@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200

Attorneys for Plaintiffs
DRISCOLL'S, INC. and DRISCOLL'S OF EUROPE B.V.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DRISCOLL'S, INC.<br><br>and<br><br>DRISCOLL'S OF EUROPE B.V.,<br><br>          Plaintiffs,<br><br>v.<br><br>CALIFORNIA BERRY CULTIVARS, LLC<br><br>and<br><br>DOUGLAS SHAW,<br><br>          Defendants. | Case No.   2:19-cv-00493-TLN-CKD<br><br>**DRISCOLL'S NOTICE OF MOTION AND MOTION TO COMPEL**<br><br>Date: March 13, 2024<br>Time: 10:00 A.M.<br>Courtroom: 24<br>Magistrate Judge Carolyn K. Delaney |

TO DEFENDANTS CALIFORNIA BERRY CULTIVARS, LLC AND DOUGLAS SHAW, AND THEIR ATTORNEYS OF RECORD IN THIS ACTION:

PLEASE TAKE NOTICE that Plaintiffs Driscoll's, Inc. and Driscoll's of Europe B.V. (collectively "Driscoll's") hereby move for entry of an Order compelling from Defendants relevant discovery in response to certain of Plaintiffs' discovery requests, pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 251, and that Plaintiffs' motion will be heard on Wednesday, March 13, 2024 at 10:00 AM in the courtroom of the Honorable Carolyn K. Delaney, Courtroom 24, 8th floor, 501 I Street, Sacramento, CA, 95814, or as soon thereafter as the matter may reasonably be heard.  Driscoll's moves for an order compelling Defendants California Berry Cultivars, LLC, ("CBC") and Douglas Shaw to produce documents.

Defendants have failed to produce any financial documents. For several months, Driscoll's has made clear that it seeks financial information related to CBC's infringement, including the benefit it has received from the unauthorized use of Driscoll's patented strawberry varieties.  Yet Defendants have refused to produce any financial documents and failed to engage in a good-faith effort to find even a narrowed scope of documents.  Driscoll's offered to make use of the Court's Informal Telephonic Conferences re Discovery Disputes and file a joint letter brief, but Defendants refused this as well.  Thus, this motion is necessary to secure Defendants' compliance with their discovery obligations.

The motion is based on this Notice of Motion and Motion, as well as Driscoll's memorandum in the Joint Statement that the parties will submit to this Court in accordance with Local Rule 251(a), any declaration and exhibits thereto, and the pleadings and papers on file in this action.

| | | |
|---|---|---|
| 1 | Dated: February 20, 2024 | MORRISON & FOERSTER LLP |
| 3 | | By: /s/ Matthew A. Chivvis |
| 4 | | MATTHEW A. CHIVVIS |
| 5 | | Attorneys for Plaintiffs DRISCOLL'S, INC. AND DRISCOLL'S OF EUROPE B.V. |