MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
TAIT K. ANDERSON (CA SBN 347783)
TAnderson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

SOO J. PARK (CA SBN 300988)
Spark@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200

Attorneys for Plaintiffs
DRISCOLL'S, INC. and DRISCOLL'S OF EUROPE B.V.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DRISCOLL'S, INC.<br>and<br>DRISCOLL'S OF EUROPE B.V.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA BERRY CULTIVARS, LLC<br>and<br>DOUGLAS SHAW,<br><br>　　　　　Defendants. | Case No.　2:19-cv-00493-TLN-CKD<br><br>**JOINT STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR FACT WITNESS DEPOSITIONS** |

WHEREAS, Plaintiffs Driscoll's, Inc. and Driscoll's of Europe B.V. (collectively, "Driscoll's") and Defendants California Berry Cultivars, LLC and Douglas Shaw (collectively, "CBC") are currently engaged in fact discovery with a fact discovery deadline of February 23, 2024;

WHEREAS, Driscoll's noticed the depositions of CBC witnesses for February 8th, 13th, 15th, and 16th, and re-noticed depositions for February 22nd, and 23rd;

WHEREAS, CBC noticed the depositions of Driscoll's and Third Party witnesses for February 7th, 9th, 13th, 14th, 15th, 16th, 20th, and 21st;

WHEREAS, the Parties took these deposition off calendar and agreed that they could be taken after the close of fact discovery;

IT IS HEREBY STIPULATED by the Parties, pursuant to Local Rule 144, that both Parties may take previously noticed depositions of fact witnesses after the close of fact discovery, and such depositions shall take place prior to April 1, 2024 unless the Parties agree to extend the deadline further or the Court so orders.

It is so ORDERED.

DATED: February 22, 2024

_____
Troy L. Nunley
United States District Judge

JOINT STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR FACT WITNESS DEPOSITIONS
CASE NO. 2:19-cv-00493-TLN-CKD

1