UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DRISCOLL'S, INC.<br><br>and<br><br>DRISCOLL'S OF EUROPE B.V.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CALIFORNIA BERRY CULTIVARS, LLC<br><br>and<br><br>DOUGLAS SHAW,<br><br>        Defendants. | Case No. 2:19-cv-00493-TLN-CKD<br>Honorable Troy L. Nunley<br>Courtroom: 2, 15th floor<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS**<br><br>Date Action Filed:  March 20, 2019<br>Trial Date:              Not Yet Set |

On June 13, 2024, Defendants California Berry Cultivars, LLC and Douglas Shaw ("Defendants") filed a Request to File Under Seal the following documents: Exhibits A-C of Driscoll's Opening Expert Disclosures; Driscoll's Reply Brief in support of its Motion to Amend and Exhibits 5 and 7 to the Declaration of Matthew Chivvis in support of the Reply; and Exhibit 1 to Defendants' Rebuttal Expert Designation.

Having considered Defendants' request and the entirety of the record, it is hereby ordered that Defendants' Request to File Under Seal is GRANTED. The unredacted versions of the above documents shall be sealed. Defendants shall publicly file redacted versions of the documents in line with the proposed redactions identified in Exhibits 1-5 of the Request.

**IT IS SO ORDERED.**

Dated: June 24, 2024

Troy L. Nunley
United States District Judge