UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DRISCOLL'S, INC.<br><br>and<br><br>DRISCOLL'S OF EUROPE B.V.<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA BERRY CULTIVARS, LLC<br><br>and<br><br>DOUGLAS SHAW<br><br>　　　　　　Defendants. | Case No.   2:19-cv-00493-TLN-CKD<br><br>**ORDER GRANTING DRISCOLL'S CONSOLIDATED REQUEST TO SEAL DOCUMENTS** |

On June 13, 2024, Plaintiffs Driscoll's, Inc. and Driscoll's of Europe B.V. ("Driscoll's") filed a consolidated Request to File Under Seal the following documents:

| Document | Description | Portion for Which Sealing is Sought | Basis for Sealing |
|---|---|---|---|
| Exhibit A to Driscoll's Expert Witness Disclosure (ECF No. [102-1]) | Expert Report of David Small | Paragraphs 35 and 37 | Designated Highly Confidential—Attorneys' Eyes Only by Driscoll's; Discusses commercially sensitive information |
| Exhibit C to Driscoll's Expert Witness Disclosure (ECF No. [102-3]) | Expert Report of Douglas Kidder Regarding Damages | All | Designated Highly Confidential—Attorneys' Eyes Only by Driscoll's; Discusses commercially sensitive financial information |
| Exhibit 2 to Defendants' Expert Witness Disclosure (ECF No. [100-2]) | Expert Report of Brett Reed Regarding Damages | Redacted portions reflected in ECF No. [100-2] | Designated Highly Confidential—Attorneys' Eyes Only by Driscoll's; Discusses commercially sensitive financial documents and testimony from Driscoll's |
| Mooney Ex. 4 attached to Defendants' Opposition to Driscoll's Motion for Leave to Amend (ECF No. [106-5]) and Chivvis Ex. 6 attached to Driscoll's Reply in support of its Motion for Leave to Amend (ECF No. [111-3]) | Contract between Driscoll's and Viveros California, produced at DRISCOLLS00005623-640 | All | Designated Highly Confidential—Attorneys' Eyes Only by Driscoll's; Contains commercially sensitive information, including details of Driscoll's plants in nurseries |
| Exhibit 2 to Defendants Rebuttal Expert Witness Disclosure (ECF No. [114]) | Rebuttal Expert Report of Brett Reed Regarding Damages | All | Designated Highly Confidential—Attorneys' Eyes Only by Driscoll's; Discusses commercially sensitive financial documents and testimony from Driscoll's |

Having considered Driscoll's request and the entirety of the record, it is hereby ordered that Driscoll's Request to File Under Seal is GRANTED.  The above documents shall be sealed.

**IT IS SO ORDERED.**

Dated:  June 24, 2024

_____
Troy L. Nunley
United States District Judge