Richard K. Howell (State Bar No. 144241)
rhowell@rutan.com
Ronald P. Oines (State Bar No. 145016)
roines@rutan.com
Gerard M. Mooney (State Bar No. 222137)
gmooney@rutan.com
Lucas Hori (State Bar No. 294373)
lhori@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, California  92612
Telephone: 714-641-5100
Facsimile:  714-546-9035

Attorneys for Defendants
CALIFORNIA BERRY CULTIVARS, LLC and
DOUGLAS SHAW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DRISCOLL'S, INC.<br><br>and<br><br>DRISCOLL'S OF EUROPE B.V.,<br><br>      Plaintiffs,<br><br>  v.<br><br>CALIFORNIA BERRY CULTIVARS, LLC<br><br>and<br><br>DOUGLAS SHAW,<br><br>      Defendants. | Case No. 2:19-cv-00493-TLN-CKD<br>Honorable Troy L. Nunley<br>Courtroom 2<br><br>**JOINT STIPULATION AND ORDER REGARDING ORDERS ON MOTIONS TO SEAL**<br><br><br><br><br><br><br><br>Date Action Filed:   March 20, 2019<br>Trial Date:                Not Yet Set |

/ / /

/ / /

/ / /

WHEREAS, Plaintiffs Driscoll's, Inc. and Driscoll's of Europe B.V. (collectively, "Driscoll's") and Defendants California Berry Cultivars, LLC and Douglas Shaw (collectively, "CBC") each submitted consolidated requests to seal documents on June 13, 2024;

WHEREAS, the Court granted both parties' requests in full and ordered Defendants to file a redacted version of Exhibit C to Driscoll's Opening Expert Disclosure while also ordering that Exhibit C is sealed;

IT IS HEREBY STIPULATED by the Parties, pursuant to Local Rule 144, that both parties understand and agree that Exhibit C to Driscoll's Opening Expert Disclosures has been sealed by the Court and should not be publicly filed by Defendants with redactions unless the Court so orders.

Respectfully submitted,

Dated: June 27, 2024

RUTAN & TUCKER, LLP

By: /s/ *Asad Karamally*
Asad Karamally
Attorneys for Defendants
CALIFORNIA BERRY CULTIVARS, LLC
and DOUGLAS SHAW

MORRISON & FOERSTER, LLP

By: */s/ Matthew A. Chivvis*
Matthew A. Chivvis
Attorneys for Plaintiffs
DRISCOLL'S, INC. and DRISCOLL'S OF EUROPE B.V.

**IT IS SO ORDERED.**

Dated: June 27, 2024

_____
Troy L. Nunley
United States District Judge