1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

| | |
|---|---|
| DRISCOLL'S, INC.<br><br>and<br><br>DRISCOLL'S OF EUROPE B.V.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALIFORNIA BERRY CULTIVARS, LLC<br><br>and<br><br>DOUGLAS SHAW,<br><br>    Defendants. | Case No. 2:19-cv-00493-TLN-CKD<br>Honorable Troy L. Nunley<br>Courtroom: 2, 15th floor<br><br>**ORDER GRANTING DEFENDANTS'**<br>**REQUEST TO SEAL DOCUMENTS**<br><br>Date Action Filed: March 20, 2019<br>Trial Date:         Not Yet Set |

1  On August 21, 2024, Defendants California Berry Cultivars, LLC and Douglas Shaw ("Defendants") filed a Request to File Under Seal the following documents: Defendants' Memorandum in support of Motion for Summary Judgment; Defendants' Statement of Undisputed Fact; and Exhibits 1-2, 8, 11, and 12 to the Declaration of Gerard Mooney in support of Defendants' Motion for Summary Judgment.

Having considered Defendants' request and the entirety of the record, it is hereby ordered that Defendants' Request to File Under Seal is GRANTED. The unredacted versions of the above documents shall be sealed.

**IT IS SO ORDERED.**

Dated: August 26, 2024

Troy L. Nunley
United States District Judge