UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DRISCOLL'S, INC.<br><br>and<br><br>DRISCOLL'S OF EUROPE B.V.<br><br>                Plaintiffs,<br><br>   v.<br><br>CALIFORNIA BERRY CULTIVARS, LLC<br><br>and<br><br>DOUGLAS SHAW<br><br>                Defendants. | Case No.   2:19-cv-00493-TLN-CKD<br><br>**ORDER GRANTING DRISCOLL'S REQUEST TO SEAL DOCUMENTS** |

On September 4, 2024, Plaintiffs Driscoll's, Inc. and Driscoll's of Europe B.V. ("Driscoll's") filed a Request to File Under Seal the following documents:

| Document | Description | Portion for Which Sealing is Sought | Basis for Sealing |
|---|---|---|---|
| Driscoll's Opposition to Defendants' Motion for Summary Judgment of Non-Infringement | Driscoll's opposition brief to Defendants' Motion for Summary Judgment of Non-Infringement | Unredacted portions | Contains summaries of deposition transcripts and exhibits designated Highly Confidential by CBC |
| Driscoll's Response to CBC Statement of Undisputed Facts in Opposition to Defendants' Motion for Summary Judgment | Driscoll's Local Rule 260(b) response to CBC's Statement of Undisputed Facts | Unredacted portions | Contains summaries and descriptions of deposition transcripts and exhibits designated Highly Confidential by CBC |
| Exhibit A to the Declaration of Matthew A. Chivvis | Exhibit A is an excerpt of a true and correct copy of the deposition transcript of Douglas Shaw, taken on March 28, 2024 | Entirety of excerpt | Designated Highly Confidential by CBC |
| Exhibit B to the Declaration of Matthew A. Chivvis | Exhibit B is a true and correct copy of CBC's Supplemental Response to the First Set of Interrogatories (No. 1), dated February 16, 2022 | Entirety | Designated Highly Confidential by CBC |
| Exhibit C to the Declaration of Matthew A. Chivvis | Exhibit C is an excerpt of a true and correct copy of the deposition transcript of Kyle VandenLangenberg, taken on March 27, 2024 | Entirety of excerpt | Designated Highly Confidential by CBC |
| Exhibit D to the Declaration of Matthew A. Chivvis | Exhibit D is a true and correct copy of Driscoll's First Supplemental Responses to CBC's Second Set of Interrogatories, dated May 13, 2022 | Entirety of excerpt | Designated Highly Confidential by Driscoll's; contains non-public information regarding Driscoll's relationships with nurseries and |

| | | | growers, its experimental plant development research, and its financial position in the market |
|---|---|---|---|
| Exhibit F to the Declaration of Matthew A. Chivvis | Exhibit F is a true and correct copy of an email exchange dated September 1, 2018, produced by CBC with Bates numbers CBC_SHAW000319 to CBC_SHAW000320 | Entirety | Designated Highly Confidential by CBC |
| Exhibit G to the Declaration of Matthew A. Chivvis | Exhibit G is an excerpt of a true and correct copy of the deposition transcript of Lucky Westwood, taken on April 4, 2024 | Entirety of excerpt | Designated Highly Confidential by CBC |
| Exhibit H to the Declaration of Matthew A. Chivvis | Exhibit H is a true and correct copy of a template Driscoll's Nursery Agreement, produced by Driscoll's with Bates numbers DRISCOLLS00003299 to DRISCOLLS00003370 | Entirety | Designated Highly Confidential by Driscoll's; describes Driscoll's business practices and strategic positioning with growers and nurseries |
| Exhibit I to the Declaration of Matthew A. Chivvis | Exhibit I is a true and correct copy of a template Driscoll's Grower Agreement, produced by Driscoll's with Bates numbers DRISCOLLS00003239 to DRISCOLLS00003298 | Entirety | Designated Highly Confidential by Driscoll's; describes Driscoll's business practices and strategic positioning with growers and nurseries |
| Exhibit J to the Declaration of Matthew A. Chivvis | Exhibit J is a true and correct copy of an email exchange between April 3 and April 8, 2015, with the subject line "CBC Seedling Field Costs," | Entirety | Designated Highly Confidential by CBC |

| | | | |
|---|---|---|---|
| | produced by Driscoll's with Bates numbers DRISCOLLS00000538 to DRISCOLLS00000539 | | |
| Exhibit K to the Declaration of Matthew A. Chivvis | Exhibit K is a true and correct copy of an email exchange between April 8 and June 11, 2015, with the subject line "CBC germplasm," and its attachment, produced by CBC with Bates numbers CBC_SHAW000295 to CBC_SHAW000301 | Entirety | Designated Highly Confidential by CBC |
| Exhibit L to the Declaration of Matthew A. Chivvis | Exhibit L is a true and correct copy of an email exchange between April 9 and April 11, 2015, with the subject line "CBC germplasm," and its attachment, produced by CBC with Bates numbers CBC_SHAW000302 to CBC_SHAW000316 | Entirety | Designated Highly Confidential by CBC |
| Exhibit M to the Declaration of Matthew A. Chivvis | Exhibit M is a true and correct copy of Douglas Shaw's Supplemental Response to the First Set of Interrogatories (No. 1), dated February 17, 2022 | Entirety | Designated Highly Confidential by CBC |
| Exhibit N to the Declaration of Matthew A. Chivvis | Exhibit N is an excerpt of a true and correct copy of the deposition transcript of Richard Harrison, taken on March 29, 2024 | Entirety of excerpt | Designated Highly Confidential by Driscoll's; discusses Driscoll's confidential business practices and strategic decisions |

| | | | |
|---|---|---|---|
| | | | that are not generally known, including testimony about Driscoll's relationships with nurseries and growers and its overall business model |
| Exhibit O to the Declaration of Matthew A. Chivvis | Exhibit O is a true and correct copy of an email exchange on November 23, 2016, with the subject line "IS 2017 Suggested Crosses," produced by CBC with Bates numbers CBC_SHAW000400 to CBC_SHAW000401 | Entirety | Designated Highly Confidential by CBC |
| Exhibit P to the Declaration of Matthew A. Chivvis | Exhibit P is a true and correct copy of Driscoll's Nursery Agreement Exhibit 2015 with Viveros California, produced by Driscoll's with Bates numbers DRISCOLLS00005623 to DRISCOLLS00005640 | Entirety | Designated Highly Confidential by Driscoll's; describes Driscoll's business practices and strategic positioning with growers and nurseries and contains information regarding Driscoll's proprietary berries, including strategic choices regarding the number and type of plants to develop in certain geographical locations |
| Exhibit Q to the Declaration of Matthew A. Chivvis | Exhibit Q is a true and correct copy of the opening expert report of Dr. Stephen Dellaporta, as clarified on June 24, 2024 | Unredacted version | Contains information designated Highly Confidential by both CBC and Driscoll's; redacted version has previously been filed publicly (ECF Nos. 128, 130, 135-2) |
| Exhibit R to the Declaration of Matthew | Exhibit R is a true and correct copy of the | Unredacted version | Contains information designated Highly |

| | | | |
|---|---|---|---|
| A. Chivvis | opening expert report of David Small, dated April 23, 2024 | | Confidential by both CBC and Driscoll's; redacted version has previously been filed publicly (ECF Nos. 128, 130, 135-1) |
| Exhibit S to the Declaration of Matthew A. Chivvis | Exhibit S is a true and correct copy of the rebuttal expert report of Dr. Andrew Paterson on behalf of CBC, dated May 23, 2024 | Unredacted version | Contains information designated Highly Confidential by CBC; unredacted version has previously been filed under seal (ECF Nos. 122, 128) |

Having considered Driscoll's request and the entirety of the record, it is hereby ordered that Driscoll's Request to File Under Seal is GRANTED.  The above documents shall be sealed.

**IT IS SO ORDERED.**

Dated:  September 9, 2024

Troy L. Nunley
United States District Judge