1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   DRISCOLL'S, INC., and DRISCOLL'S         No. 2:19-cv-00493-TLN-CKD
     OF EUROPE B.V.,
12
                    Plaintiffs,
13                                            **SEALING ORDER**
            v.
14
     CALIFORNIA BERRY CULTIVARS,
15   LLC, and DOUGLAS SHAW,

16                  Defendants.

17

18          The Court ORDERS that its Order Granting Defendants' Summary Judgment be filed

19   under seal because it contains or refers to material subject to sealing orders.  Within seven (7)

20   days of the filing date of this Order, the parties shall file a stipulated proposed redacted version of

21   the Order, redacting only those portions of the Order containing or referring to material for which

22   the Court has granted a motion to seal and which the parties still request be sealed.  The parties

23   shall also email a PDF copy of the proposed redacted order, without any ECF headers, to

24   tlnorders@caed.uscourts.gov.  The Court will review the parties' proposal and issue a redacted

25   version of the order.

26          IT IS SO ORDERED.

27   DATED:  March 25, 2025

28                                            _____
                                              Troy L. Nunley
                                              Chief United States District Judge

                                              1