# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DRISCOLL'S, INC. , ET AL. ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **2:19–CV–00493–TLN–CKD** |
| **CALIFORNIA BERRY CULTIVARS, LLC , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/7/2025 .**

ENTERED: **April 7, 2025**　　　　/s/ **Keith Holland**
　　　　　　　　　　　　　　　　　Clerk of Court