MATTHEW A. CHIVVIS (CA SBN 251325)
mchivvis@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:   (415) 268-7000
Facsimile:    (415) 268-7522

Attorneys for Plaintiffs
DRISCOLL'S, INC. AND
DRISCOLL'S OF EUROPE B.V.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DRISCOLL'S, INC.<br><br>and<br><br>DRISCOLL'S OF EUROPE B.V.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA BERRY CULTIVARS, LLC<br><br>and<br><br>DOUGLAS SHAW,<br><br>Defendants. | Case No. 2:19-cv-00493-TLN-CKD<br><br>**JOINT STIPULATION AND ORDER REGARDING DEADLINES FOR DISPOSITIVE MOTION BRIEFING ON COUNTERCLAIMS AND FEES MOTION**<br><br>Action Filed:  March 20, 2019<br>Trial Date:  None Yet Set |

1    WHEREAS, the Court ordered the Parties to file either: (1) a stipulation modifying the
2 Scheduling Order to allow the parties to file a properly noticed dispositive motion regarding
3 Defendants' counterclaims; (2) a motion to modify the Scheduling Order if the parties are unable
4 to stipulate; or (3) a notice of trial readiness on the remaining counterclaims (ECF No. 157);
5    WHEREAS, the Parties have agreed to stipulate to modify the Scheduling Order to allow
6 the parties to file dispositive motions regarding Defendants' counterclaims and to provide a
7 briefing schedule on dispositive motions,
8    WHEREAS, the Parties have also agreed to set the deadline for any fees motion to after
9 the Court has issued a final judgment that addresses all asserted claims, including Defendants'
10 counterclaims;
11    IT IS HEREBY STIPULATED by the Parties that the Scheduling Order is modified such
12 that dispositive motions regarding the counterclaims shall be filed no later than June 27, 2025;
13 oppositions to those dispositive shall be filed no later than July 25, 2025; and replies in support of
14 those motions shall be filed no later than August 15, 2025;
15    IT IS FURTHER STIPULATED by the Parties that the deadline for any motions for fees
16 shall be 28 days after the clerk has issued a final judgment that addresses all asserted claims,
17 including Defendants' counterclaims.

19 Dated: April 29, 2025

21 Respectfully submitted,

22 MORRISON & FOERSTER LLP                RUTAN & TUCKER, LLP

24 By:  /s/ Matthew A. Chivvis             By:  /s/ Alex Swanson
         Matthew A. Chivvis                      Alex Swanson

26   Attorneys for Plaintiffs               Attorneys for Defendants
     DRISCOLL'S, INC. and                   CALIFORNIA BERRY CULTIVARS,
     DRISCOLL'S OF EUROPE B.V.              LLC and DOUGLAS SHAW

**IT IS SO ORDERED.**

Dated: April 29, 2025

_____
Troy L. Nunley
Chief United States District Judge