MATTHEW A. CHIVVIS (CA SBN 251325)
mchivvis@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiffs
DRISCOLL'S, INC. AND
DRISCOLL'S OF EUROPE B.V.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

DRISCOLL'S, INC.

and

DRISCOLL'S OF EUROPE B.V.,

Plaintiffs,

v.

CALIFORNIA BERRY CULTIVARS, LLC

and

DOUGLAS SHAW,

Defendants.

Case No. 2:19-cv-00493-TLN-CKD

**NOTICE OF APPEAL**

Action Filed: March 20, 2019
Trial Date: None Yet Set

Notice is hereby given that plaintiffs Driscoll's, Inc. and Driscoll's of Europe B.V. (collectively "Driscoll's") hereby appeal to the United States Court of Appeals for the Federal Circuit from the "Judgment" entered on April 7, 2025 (Dkt. No. 156), as well as from any and all other decisions, rulings, orders, findings, and/or conclusions adverse to Driscoll's.

Driscoll's believes that the April 7, 2025 judgment is not a final, appealable judgment, in its current form. When the District Court entered the April 7, 2025 Judgment, it had not yet ruled on defendants' counterclaims of invalidity. *See* Min. Order, ECF No. 157; Joint Stipulation and Order Regarding Deadlines for Dispositive Briefing on Countercls. and Fees Mot., ECF No. 161; *see also Atlas IP. LLC. v. Medtronic, Inc.*, 809 F.3d 599, 604-05 (Fed. Cir. 2015) (requiring a final decision for appellate jurisdiction, which includes dismissing without prejudice remaining counterclaims). Nor is there a clear indication that the District Court intended to enter judgment under Federal Rule of Civil Procedure 54(b) by making a determination of "no just reason for delay."

Nonetheless, because the District Court's April 7, 2025 judgment has not been vacated and in an abundance of caution because a notice of appeal "must be filed with the district clerk within 30 days after entry of the judgment," Fed. R. App. P. 4(a)(1)(A), Driscoll's files this notice of appeal within 30 days of the April 7, 2025 judgment as a protective measure to ensure appellate jurisdiction over all the District Court's orders, including but not limited to the April 7, 2025 judgment and the March 25, 2025 order (Dkt. No. 155, entered on April 7, 2025) granting summary judgment of non-infringement in favor of defendants. When the District Court resolves defendants' remaining counterclaims and enters a final, appealable judgment or makes clear it has entered a judgment under Federal Rule of Civil Procedure 54(b), Driscoll's will file a second notice of appeal from that judgment.

Because the District Court has not yet entered a final, appealable judgment, this notice of appeal does not deprive the District Court of jurisdiction to address Defendants' remaining counterclaims. Driscoll's will move to de-activate any proceedings in the Federal Circuit until the remaining proceedings in the District Court are resolved or the District Court indicates it has entered a judgment under Federal Rule of Civil Procedure 54(b).

Dated: May 5, 2025

MORRISON & FOERSTER LLP

By: */s/ Matthew A. Chivvis*
Matthew A. Chivvis

Attorneys for Plaintiffs
DRISCOLL'S, INC. AND
DRISCOLL'S OF EUROPE B.V.

NOTICE OF APPEAL
CASE NO. 2:19-CV-00493-TLN-CKD

2