UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DRISCOLL'S, INC.<br><br>and<br><br>DRISCOLL'S OF EUROPE B.V.,<br><br>          Plaintiffs,<br><br>    v.<br><br>CALIFORNIA BERRY CULTIVARS, LLC<br><br>and<br><br>DOUGLAS SHAW,<br><br>          Defendants. | Case No. 2:19-cv-00493-TLN-CKD<br>Honorable Troy L. Nunley<br>Courtroom: 2<br><br>**ORDER GRANTING CALIFORNIA BERRY CULTIVARS, LLC AND DOUGLAS SHAW'S REQUEST TO SEAL DOCUMENTS FILED WITH THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT RE INVALIDITY**<br><br>*[Transmitted concurrently with Request to Seal and Supporting Declaration of Kyle VandenLangenberg]*<br><br>Date Action Filed:  March 20, 2019<br>Trial Date:            Not Yet Set |

/ / /

/ / /

/ / /

/ / /

On July 9, 2025, Defendants and Counterclaimants California Berry Cultivars, LLC and Douglas Shaw (collectively, "CBC") filed a Notice of Request to Seal the following documents:

| Document | Description | Basis for sealing | Sealing or redaction |
|---|---|---|---|
| Memorandum in Support of Driscoll's Motion (ECF No. 171) | Memorandum in Support of Driscoll's Motion. | Contains information designated Highly Confidential by CBC and contains CBC's commercially sensitive information. | Redaction. |
| Statement of Undisputed Fact in support of Driscoll's Motion (ECF No. 171-12) | Statement of Undisputed Fact in support of Driscoll's Motion | Contains information designated Highly Confidential by CBC and contains CBC's commercially sensitive information. | Redaction. |
| Exhibit C to the Declaration of Matthew Chivvis (ECF No. 171-5) | Exhibit C is a true and correct copy of a 2016 cross plan from CBC, produced by CBC with Bates number CBC_SHAW000034. | Contains information designated Highly Confidential by CBC and contains CBC's commercially sensitive information. | Sealing |
| Exhibit D to the Declaration of Matthew Chivvis (ECF No. 171-6) | Exhibit D is a true and correct copy of a 2017 cross plan from CBC, produced by CBC with Bates number CBC_SHAW000035. | Contains information designated Highly Confidential by CBC and contains CBC's commercially sensitive information. | Sealing. |
| Exhibit E to the Declaration of Matthew Chivvis (ECF No. 171-7) | Exhibit E is a true and correct copy of a 2017 cross plan from CBC, produced by CBC with Bates number CBC_SHAW000053. | Contains information designated Highly Confidential by CBC and contains CBC's commercially sensitive information. | Sealing. |

| Exhibit G to the Declaration of Matthew Chivvis (ECF No. 171-9) | Exhibit G is an excerpt of a true and correct copy of the deposition transcript of Kyle VandenLangenberg, taken on March 27, 2024. | Contains information designated Highly Confidential by CBC and contains CBC's commercially sensitive information. | Sealing. |
|---|---|---|---|

Having considered CBC's request and the entirety of the record, it is hereby ordered that CBC's Request to File Under Seal is GRANTED. Unredacted versions of Driscoll's Motion (ECF No. 171) and Statement of Undisputed Facts (ECF No. 171-29), and Exhibits C, D, E and G to the Declaration of Matthew Chivvis (ECF No. 171-5, 171-6, 171-7, 171-9) shall be filed under seal.

**IT IS SO ORDERED.**

Dated: July 14, 2025

_____
Troy L. Nunley
Chief United States District Judge