1
2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                        SACRAMENTO DIVISION

12

13  DRISCOLL'S, INC.                          Case No.    2:19-cv-00493-TLN-CKD

14  and                                       **ORDER GRANTING DRISCOLL'S
                                               REQUEST TO SEAL DOCUMENTS**
15  DRISCOLL'S OF EUROPE B.V.

16                        Plaintiffs,

17          v.

18  CALIFORNIA BERRY CULTIVARS, LLC

19  and

20  DOUGLAS SHAW

21                        Defendants.

22
23
24
25
26
27
28

On July 10, 2025, Plaintiffs Driscoll's, Inc. and Driscoll's of Europe B.V. (collectively, "Driscoll's") filed a Joinder to CBC's Request to Seal the following documents:

| Document | Description | Portion for Which Sealing is Sought | Basis for Sealing |
|---|---|---|---|
| Driscoll's Dispositive Motion on Defendants' Counterclaims | Driscoll's Memorandum of Points and Authorities in support of its Dispositive Motion on Defendants' Counterclaims | Unredacted portions | Contains summaries and descriptions of deposition transcripts and exhibits designated Highly Confidential by both parties. |
| Driscoll's Statement of Undisputed Facts in Support of Driscoll's Dispositive Motion on Defendants' Counterclaims | Driscoll's Local Rule 260(a) Statement of Undisputed Facts | Unredacted portions | Contains summaries and descriptions of deposition transcripts and exhibits designated Highly Confidential by both parties. |
| CBC's Motion for Summary Judgment of Invalidity of US Plant Patent 18,878 | CBC's Memorandum of Points and Authorities in support of its Motion for Summary Judgment | Unredacted portions | Contains summaries and descriptions of deposition transcripts designated Highly Confidential by Driscoll's. |
| CBC's Statement of Undisputed Facts in Support of Driscoll's Dispositive Motion on Defendants' Counterclaims | CBC's Local Rule 260(a) Statement of Undisputed Facts | Unredacted portions | Contains summaries and descriptions of deposition transcripts designated Highly Confidential by Driscoll's. |
| Exhibit C to the Declaration of Matthew A. Chivvis | Exhibit C is a true and correct copy of a 2016 cross plan from CBC, produced by CBC with Bates number CBC_SHAW000034. | Entirety | Designated Highly Confidential by CBC. |
| Exhibit D to the Declaration of Matthew A. Chivvis | Exhibit D is a true and correct copy of a 2017 cross plan from CBC, produced by CBC with Bates number CBC_SHAW000035. | Entirety | Designated Highly Confidential by CBC. |
| Exhibit E to the Declaration of Matthew | Exhibit E is a true and correct copy of a 2017 | Entirety | Designated Highly Confidential by CBC. |

| A. Chivvis | cross plan from CBC, produced by CBC with Bates number CBC_SHAW000053. | | |
|---|---|---|---|
| Exhibit G to the Declaration of Matthew A. Chivvis | Exhibit G is an excerpt of a true and correct copy of the deposition transcript of Kyle VandenLangenberg, taken on March 27, 2024. | Entirety of excerpt | Designated Highly Confidential by CBC. |
| Exhibit I to the Declaration of Matthew A. Chivvis | Exhibit I is an excerpt of a true and correct copy of the deposition transcript of Richard Harrison, taken on March 29, 2024. | Entirety of excerpt | Designated Highly Confidential by Driscoll's.  Discusses Driscoll's confidential business practices and strategic decisions that are not generally known, including testimony about Driscoll's relationships with nurseries and growers and its overall business model. |
| Exhibit J to the Declaration of Matthew A. Chivvis | Exhibit J is an excerpt of a true and correct copy of the deposition transcript of Michael Ferguson, taken on March 25, 2024. | Entirety of excerpt | Designated Highly Confidential by Driscoll's.  Discusses Driscoll's confidential business practices and strategic decisions that are not generally known, including testimony about Driscoll's relationships with nurseries and growers and its overall business model. |
| Exhibit K to the Declaration of Matthew A. Chivvis | Exhibit K is an excerpt of a true and correct copy of the deposition | Entirety of excerpt | Designated Highly Confidential by Driscoll's.  Discusses |

| | | | |
|---|---|---|---|
| | transcript of Bruce Mowrey, taken on March 26, 2024. | | Driscoll's confidential business practices and strategic decisions that are not generally known, including testimony about Driscoll's relationships with nurseries and growers and its overall business model. |
| Exhibit L to the Declaration of Matthew A. Chivvis | Exhibit L is a true and correct copy of a template Driscoll's Nursery Agreement, produced by Driscoll's with Bates numbers DRISCOLLS00003299 to DRISCOLLS00003370. | Entirety | Designated Highly Confidential by Driscoll's. Describes Driscoll's business practices and strategic positioning with growers and nurseries. |
| Exhibit M to the Declaration of Matthew A. Chivvis | Exhibit M is a true and correct copy of a template Driscoll's Grower Agreement, produced by Driscoll's with Bates numbers DRISCOLLS00003239 to DRISCOLLS00003298. | Entirety | Designated Highly Confidential by Driscoll's. Describes Driscoll's business practices and strategic positioning with growers and nurseries. |
| Exhibit N to the Declaration of Matthew A. Chivvis | Exhibit N is a true and correct copy of Driscoll's data collection for Marquis, produced by Driscoll's with Bates numbers DRISCOLLS00011002. | Entirety | Designated Highly Confidential by Driscoll's. Discusses Driscoll's confidential business practices and strategic decisions, including information about Driscoll's proprietary plants, that are not generally known. |
| Exhibit O to the Declaration of Matthew A. Chivvis | Exhibit O is a true and correct copy of Driscoll's data | Entirety | Designated Highly Confidential by Driscoll's. Discusses |

| | | | |
|---|---|---|---|
| | collection for Lusa, produced by Driscoll's with Bates numbers DRISCOLLS00012456. | | Driscoll's confidential business practices and strategic decisions, including information about Driscoll's proprietary plants, that are not generally known. |
| Exhibit P to the Declaration of Matthew A. Chivvis | Exhibit P is a true and correct copy of Driscoll's planting data in Watsonville for, among other plants, Amesti, produced by Driscoll's with Bates numbers DRISCOLLS00011008 to DRISCOLLS00011010. | Entirety | Designated Highly Confidential by Driscoll's. Discusses Driscoll's confidential business practices and strategic decisions, including information about Driscoll's proprietary plants, that are not generally known. |
| Exhibit Q to the Declaration of Matthew A. Chivvis | Exhibit Q is a true and correct copy of Driscoll's patent data collection for Marquis, produced by Driscoll's with Bates numbers DRISCOLLS00012525 to DRISCOLLS00012545. | Entirety | Designated Highly Confidential by Driscoll's. Discusses Driscoll's confidential business practices and strategic decisions, including information about Driscoll's proprietary plants, that are not generally known. |
| Exhibit R to the Declaration of Matthew A. Chivvis | Exhibit R is a true and correct copy of Driscoll's patent data collection for Amesti, produced by Driscoll's with Bates numbers DRISCOLLS00012546 to DRISCOLLS00012560. | Entirety | Designated Highly Confidential by Driscoll's. Discusses Driscoll's confidential business practices and strategic decisions, including information about Driscoll's proprietary plants, that are not generally known. |

| Exhibit S to the Declaration of Matthew A. Chivvis | Exhibit S is a true and correct copy of Driscoll's patent data collection for Lusa, produced by Driscoll's with Bates numbers DRISCOLLS00012561 to DRISCOLLS00012579. | Entirety | Designated Highly Confidential by Driscoll's.  Discusses Driscoll's confidential business practices and strategic decisions, including information about Driscoll's proprietary plants, that are not generally known. |
| Exhibit B to the Declaration of Gerard Mooney | Exhibit B is an excerpt of a true and correct copy of the deposition transcript of Bruce Mowrey, taken on March 26, 2024. | Entirety | Designated Highly Confidential by Driscoll's.  Discusses Driscoll's confidential business practices and strategic decisions that are not generally known, including testimony about Driscoll's relationships with nurseries and growers and its overall business model. |

Having considered Driscoll's request and the entirety of the record, it is hereby ordered that Driscoll's Request to Seal is GRANTED.  The above documents shall be sealed.

**IT IS SO ORDERED.**

Dated:  July 14, 2025

_____
Troy L. Nunley
Chief United States District Judge