1  Richard K. Howell (State Bar No. 144241)
   rhowell@rutan.com
2  Ronald P. Oines (State Bar No. 145016)
   roines@rutan.com
3  Gerard M. Mooney (State Bar No. 222137)
   gmooney@rutan.com
4  Lucas Hori (State Bar No. 294373)
   lhori@rutan.com
5  RUTAN & TUCKER, LLP
   18575 Jamboree Road, 9th Floor
6  Irvine, CA  92612
   Telephone:  714-641-5100
7  Facsimile:  714-546-9035

8  Attorneys for Defendants
   CALIFORNIA BERRY CULTIVARS, LLC and
9  DOUGLAS SHAW

10                UNITED STATES DISTRICT COURT

11           EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

12

13 | DRISCOLL'S, INC. | Case No. 2:19-cv-00493-TLN-CKD
14 | and              | Honorable Troy L. Nunley
   |                  | Courtroom:  2
15 | DRISCOLL'S OF EUROPE B.V.,
16 |      Plaintiffs, | **JOINT STIPULATION TO SCHEDULE SEALING REQUESTS; ORDER**
17 |      v.
   |                  | Date Action Filed:  March 20, 2019
18 | CALIFORNIA BERRY CULTIVARS, LLC | Trial Date:         Not Yet Set
19 | and
20 | DOUGLAS SHAW,
21 |      Defendants.

Plaintiffs Driscoll's, Inc. and Driscoll's of Europe, B.V., on the one hand, and Defendants California Berry Cultivars, LLC and Douglas Shaw, on the other hand (together, the "Parties") submit this joint stipulation to schedule sealing requests.

### *Recitals.*

1.  On April 29, 2025, the Court entered an order establishing deadlines for dispositive motions concerning invalidity counterclaims. (Dkt. 161.) Per that order, the Parties filed summary judgment motions as to those counterclaims on June 27, 2025. (Dkts. 167, 171.) The Parties are to file their opposition briefs by July 25, 2025.

2.  The Parties anticipate their respective opposition briefs will contain materials designated confidential under this action's stipulated protective order, and that the respective sides may submit for sealing materials in which the opposite side has a confidentiality interest. The Parties anticipate such records will be submitted under seal in the first instance on July 25.

3.  The Parties acknowledge documents filed with a dispositive motion may be sealed only upon a showing of "articulate[] compelling reasons supported by specific factual findings." *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). The Parties further acknowledge this Court's civil standing order provides "The Court will only consider requests to seal or redact filed by the proponent of sealing or redaction."

4.  To allow the Parties the opportunity to review their adversaries' respective filings and to timely prepare factual submissions supporting permanent sealing of appropriate confidential documents contained or referenced with those filings, the Parties request until Friday August 1, 2025, to file requests (supported by declarations if necessary) to permanently seal records submitted with the Parties' July 25, 2025, opposition briefing pursuant to Local Rules 140 and 141.

### *Stipulation.*

Based on the foregoing and subject to the Court's approval, the Parties stipulate they shall have until August 1, 2025, to file requests (including any evidentiary support) to permanently seal confidential information submitted under seal in the first instance in connection with Parties' July 25, 2025, summary judgment opposition filings. The Parties respectfully request the Court enter the attached proposed order confirming this schedule.

Dated: July 23, 2025

Respectfully submitted,

| MORRISON & FOERSTER LLP | RUTAN & TUCKER, LLP |
|---|---|
| By: */s/ Matthew A. Chivvis*<br>MATTHEW A. CHIVVIS | By: */s/ Gerard M. Mooney*<br>GERARD M. MOONEY |
| Attorneys for Plaintiffs<br>DRISCOLL'S, INC. AND<br>DRISCOLL'S OF EUROPE B.V. | Attorneys for Defendants<br>CALIFORNIA BERRY CULTIVARS,<br>LLC AND DOUGLAS SHAW |

attorneys at law

-3-

Case No. 2:19-cv-00493-TLN-CKD
JOINT STIP. TO SCHEDULE SEALING
REQUESTS; ORDER

**ORDER**

Based on the Parties' Joint Stipulation, and for good cause shown, IT IS ORDERED:

1. The Parties shall have until August 1, 2025, to file requests (including any evidentiary support) to permanently seal confidential information submitted under seal in the first instance in connection with Parties' July 25, 2025, opposition filings.

2. Material submitted under seal in connection with the Parties' July 25, 2025, opposition filings shall not put in the public record until after the Court rules on the sealing requests to be filed on August 1, 2025.

Dated: July 23, 2025

_____
Troy L. Nunley
Chief United States District Judge