UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DRISCOLL'S, INC.<br><br>and<br><br>DRISCOLL'S OF EUROPE B.V.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA BERRY CULTIVARS, LLC<br><br>and<br><br>DOUGLAS SHAW,<br><br>　　　　Defendants. | Case No. 2:19-cv-00493-TLN-CKD<br>Honorable Troy L. Nunley<br>Courtroom: 2<br><br>**ORDER GRANTING CALIFORNIA BERRY CULTIVARS, LLC AND DOUGLAS SHAW'S REQUEST TO SEAL DOCUMENTS FILED WITH OPPOSITION TO DRISCOLL'S INC. AND DRISCOLL'S OF EUROPE B.V.'S DISPOSITIVE MOTION ON DEFENDANTS' COUNTERCLAIMS**<br><br>Date:　　　September 4, 2025<br>Time:　　　2:00 p.m.<br>Courtroom:　2<br><br>*[Transmitted concurrently with Request to Seal]*<br><br>Date Action Filed:　March 20, 2019<br>Trial Date:　　　　Not Yet Set |

/ / /

/ / /

/ / /

/ / /

On July 25, 2025, Defendants and Counterclaimants California Berry Cultivars, LLC and Douglas Shaw (collectively, "CBC") submitted a Request to Seal the following records pursuant to the Local Rules and the Court's July 24, 2025 Order (ECF No. 184):

| Document | Description | Basis for sealing | Sealing or redaction |
|---|---|---|---|
| Memorandum in Support of CBC's Opposition to Driscoll's Motion | Memorandum in Support of CBC's Opposition to Driscoll's Motion | Contains information designated Highly Confidential by Driscoll's | Redaction. |
| Statement of Undisputed Fact in Opposition to Driscoll's Motion | Statement of Undisputed Fact in Opposition to Driscoll's Motion | Contains information designated Highly Confidential by Driscoll's | Redaction. |
| Exhibit 1 to the Declaration of Gerard Mooney. | Deposition Excerpts from the transcript of Bruce Mowrey | Contains information designated Highly Confidential by Driscoll's | Sealing. |
| Exhibit 2 to the Declaration of Gerard Mooney. | Deposition Excerpts from the transcript of Richard Harrison | Contains information designated Highly Confidential by Driscoll's | Sealing. |
| Exhibit 3 to the Declaration of Gerard Mooney. | Deposition Excerpts from the transcript of Michael Ferguson | Contains information designated Highly Confidential by Driscoll's | Sealing. |
| Exhibit 4 to the Declaration of Gerard Mooney. | Deposition Excerpts from the transcript of David Small | Contains information designated Highly Confidential by Driscoll's | Sealing. |
| Exhibit 5 to the Declaration of Gerard Mooney. | Exhibit 1 to the Deposition of Michael Ferguson (DRISCOLLS00010900) | Contains information designated Highly Confidential by Driscoll's | Sealing. |
| Exhibit 6 to the Declaration of Gerard Mooney. | Exhibit 2 to the Deposition of Michael Ferguson (DRISCOLLS00010914) | Contains information designated Highly Confidential by Driscoll's | Sealing. |

| | | | |
|---|---|---|---|
| Exhibit 7 to the Declaration of Gerard Mooney. | Exhibit 27 to the Deposition of Richard Harrison (DRISCOLLS00010949) | Contains information designated Highly Confidential by Driscoll's | Sealing. |
| Exhibit 8 to the Declaration of Gerard Mooney. | Driscoll's production document DRISCOLLS00010898 | Contains information designated Highly Confidential by Driscoll's | Sealing. |
| Exhibit 9 to the Declaration of Gerard Mooney. | Driscoll's February 23, 2022, responses to California Berry Cultivar, LLC's Second Set of Interrogatories | Contains information designated Highly Confidential by Driscoll's | Sealing. |
| Exhibit 10 to the Declaration of Gerard Mooney. | Driscoll's correspondence dated February 7, 2024 | Contains information derived from information designated Highly Confidential by Driscoll's | Sealing. |

Having considered CBC's request, it is hereby ordered that CBC's Request to File Under Seal is GRANTED. Any party requesting to permanently seal the records shall file supporting documentation by August 1, 2025.

**IT IS SO ORDERED.**

Dated:  July 28, 2025

_____
Troy L. Nunley
Chief United States District Judge