UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DRISCOLL'S, INC.<br><br>and<br><br>DRISCOLL'S OF EUROPE B.V.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA BERRY CULTIVARS, LLC<br><br>and<br><br>DOUGLAS SHAW,<br><br>　　　　Defendants. | Case No. 2:19-cv-00493-TLN-CKD<br>Honorable Troy L. Nunley<br>Courtroom: 2<br><br>**ORDER GRANTING CALIFORNIA BERRY CULTIVARS, LLC AND DOUGLAS SHAW'S REQUEST TO SEAL DOCUMENTS SUBMITTED WITH OPPOSITION BRIEFING RELATED TO MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY**<br><br>*[Transmitted concurrently with Request to Seal]*<br><br>Date Action Filed:　March 20, 2019<br>Trial Date:　　　　Not Yet Set |

/ / /

/ / /

/ / /

/ / /

On August 1, 2025, Defendants and Counterclaimants California Berry Cultivars, LLC and Douglas Shaw (collectively, "CBC") submitted a Request to Seal the following documents:

| Document | Description | Basis for sealing | Sealing or redaction |
|---|---|---|---|
| Exhibit 2 to the Declaration of Matthew Chivvis (ECF No. 189-3) | Exhibit 2 contains excerpts from the deposition transcript of CBC's witness Kyle VandenLangenberg. | Contains information designated Highly Confidential by CBC and contains CBC's commercially sensitive information. | Sealing |
| Memorandum in support of Driscoll's Opposition to CBC's Motion for Summary Judgment of Invalidity on US Plant Patent 18,878 (ECF No. 189) | Driscoll's opposition memorandum in response to CBC's motion for summary judgment of invalidity on the Amesti Plant Patent (US Plant Patent 18,878). | Contains information designated Highly Confidential by CBC and contains CBC's commercially sensitive information. | Redaction. |
| CBC's response to Driscoll's Statement of Undisputed Facts filed in Opposition to Driscoll's summary judgment motion (ECF No. 186) | CBC's response to Driscoll's Statement of Undisputed Facts | Contains information designated Highly Confidential by CBC and contains CBC's commercially sensitive information. | Redaction. |

Having considered CBC's request and the entirety of the record, it is hereby ordered that CBC's Request to File Under Seal is GRANTED.  Unredacted versions of Driscoll's Memorandum in support of Driscoll's Opposition to CBC's Motion for Summary Judgment of Invalidity on US Plant Patent 18,878 (ECF No. 189), CBC's response to Driscoll's Statement of Undisputed Facts filed in Opposition to Driscoll's summary judgment motion (ECF No. 186), and Exhibit 2 to the Declaration of Matthew Chivvis filed in support of Driscoll's Opposition (ECF No. 189-3) shall be filed under seal.

**IT IS SO ORDERED.**

Dated:  August 1, 2025

Troy L. Nunley
Chief United States District Judge