UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DRISCOLL'S, INC.<br><br>and<br><br>DRISCOLL'S OF EUROPE B.V.<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA BERRY CULTIVARS, LLC<br><br>and<br><br>DOUGLAS SHAW<br><br>　　　　　　Defendants. | Case No.　2:19-cv-00493-TLN-CKD<br><br>**ORDER GRANTING DRISCOLL'S REQUEST TO SEAL DOCUMENTS** |

On August 1, 2025, Plaintiffs Driscoll's, Inc. and Driscoll's of Europe B.V. (collectively, "Driscoll's") filed a Request to Seal the following documents:

| Document | Description | Portion for Which Sealing is Sought | Basis for Sealing |
|---|---|---|---|

| Driscoll's Opposition to Defendants' Motion for Summary Judgment of Invalidity | Driscoll's opposition brief to Defendants' Motion for Summary Judgment of Invalidity of US Plant Patent 18,878 | Unredacted portions | Contains summaries and descriptions of deposition transcripts and documents designated Highly Confidential by Driscoll's. |

| Driscoll's Response to Defendants' Statement of Undisputed Facts in Support of Its Motion for Summary Judgment | Driscoll's Local Rule 260(b) Response to Defendants' Statement of Undisputed Facts | Unredacted portions | Contains summaries and descriptions of deposition transcripts and documents designated Highly Confidential by Driscoll's. |

| Exhibit 03 to the Declaration of Matthew A. Chivvis | Exhibit 03 is an excerpt of a true and correct copy of the deposition transcript of Richard Harrison, taken on March 29, 2024. | Entirety of excerpt | Designated Highly Confidential by Driscoll's. Discusses Driscoll's confidential business practices and strategic decisions that are not generally known, including testimony about Driscoll's proprietary plans for development and evaluation of patented varieties. |
|---|---|---|---|
| Exhibit 04 to the Declaration of Matthew A. Chivvis | Exhibit 04 is an excerpt of a true and correct copy of the deposition transcript of Michael Ferguson, taken on March 25, 2024. | Entirety of excerpt | Designated Highly Confidential by Driscoll's. Discusses Driscoll's confidential business practices and strategic decisions that are not generally known, including testimony about Driscoll's proprietary plans for development and evaluation of patented varieties. |

| | | | |
|---|---|---|---|
| Exhibit 06 to the Declaration of Matthew A. Chivvis | Exhibit 06 is an excerpt of a true and correct copy of the deposition transcript of Bruce Mowrey, taken on March 26, 2024. | Entirety of excerpt | Designated Highly Confidential by Driscoll's. Discusses Driscoll's confidential business practices and strategic decisions that are not generally known, including testimony about Driscoll's proprietary plans for development and evaluation of patented varieties. |
| Exhibit 07 to the Declaration of Matthew A. Chivvis | Exhibit 07 is a true and correct copy of Driscoll's patent data collection for Amesti, produced by Driscoll's with Bates numbers DRISCOLLS00012546 to DRISCOLLS00012560. | Entirety | Designated Highly Confidential by Driscoll's. Discusses Driscoll's confidential business practices and strategic decisions, including information about Driscoll's proprietary plants, that are not generally known. |
| Defendants' Opposition to Driscoll's Dispositive Motion on Defendants' Counterclaims | Defendants' opposition brief to Driscoll's Dispositive Motion on Defendant's Counterclaims. | Unredacted portions | Contains summaries and descriptions of deposition transcripts and documents designated Highly Confidential by Driscoll's. |
| Defendants' Response to Statement of Undisputed Facts in Support of Driscoll's Dispositive Motion on Defendants' Counterclaims | Defendants' Local Rule 260(b) Response to Driscoll's Statement of Undisputed Facts. | Unredacted portions | Contains summaries and descriptions of deposition transcripts and documents designated Highly Confidential by Driscoll's. |

| Exhibit 1 to the Declaration of Gerard M. Mooney | Exhibit 1 is a copy of excerpts from the deposition transcript of Bruce Mowrey taken on March 26, 2024. | Entirety of excerpt | Designated Highly Confidential by Driscoll's. Discusses Driscoll's confidential business practices and strategic decisions that are not generally known, including testimony about Driscoll's proprietary plans for development and evaluation of patented varieties. |
| --- | --- | --- | --- |
| Exhibit 2 to the Declaration of Gerard M. Mooney | Exhibit 2 is an excerpt of the deposition transcript of Richard Harrison, taken on March 29, 2024. | Entirety of excerpt | Designated Highly Confidential by Driscoll's. Discusses Driscoll's confidential business practices and strategic decisions that are not generally known, including testimony about Driscoll's proprietary plans for development and evaluation of patented varieties. |
| Exhibit 3 to the Declaration of Gerard M. Mooney | Exhibit 3 is an excerpt of the deposition transcript of Michael Ferguson, taken on March 25, 2024. | Entirety of excerpt | Designated Highly Confidential by Driscoll's. Discusses Driscoll's confidential business practices and strategic decisions that are not generally known, including testimony about Driscoll's proprietary plans for development and evaluation of patented varieties. |

| | | | | |
|---|---|---|---|---|
| | Exhibit 4 to the Declaration of Gerard M. Mooney | Exhibit 4 is an excerpt of the deposition transcript of David Small, taken on June 12, 2024. | Entirety of excerpt | Designated Highly Confidential by Driscoll's. Discusses Driscoll's confidential business practices and strategic decisions that are not generally known, including testimony about Driscoll's proprietary plans for development and evaluation of patented varietiess. |
| | Exhibit 5 to the Declaration of Gerard M. Mooney | Exhibit 5 is a copy of a Driscoll's production document with yield estimates and theoretical calculations for certain in-development varieties regarding expected margin based on yield if the variety were to be released commercially (which as of the date of these documents had not yet occurred), with Bates beginning at DRISCOLLS00010900. | Entirety | Designated Highly Confidential by Driscoll's. Discusses Driscoll's confidential business practices and strategic decisions, including information about Driscoll's proprietary plants, that are not generally known. |
| | Exhibit 6 to the Declaration of Gerard M. Mooney | Exhibit 6 is a copy of a Driscoll's production document with yield estimates and theoretical calculations for certain in-development varieties regarding expected margin based on yield if the variety were to be released commercially (which as of the date of these documents had not yet occurred), with Bates beginning at DRISCOLLS00010914. | Entirety | Designated Highly Confidential by Driscoll's. Discusses Driscoll's confidential business practices and strategic decisions, including information about Driscoll's proprietary plants, that are not generally known. |

| Exhibit 7 to the Declaration of Gerard M. Mooney | Exhibit 7 is a copy of a Driscoll's production document with yield estimates and theoretical calculations for certain in-development varieties regarding expected margin based on yield if the variety were to be released commercially (which as of the date of these documents had not yet occurred), with Bates beginning at DRISCOLLS00010949. | Entirety | Designated Highly Confidential by Driscoll's. Discusses Driscoll's confidential business practices and strategic decisions, including information about Driscoll's proprietary plants, that are not generally known. |
|---|---|---|---|
| Exhibit 8 to the Declaration of Gerard M. Mooney | Exhibit 8 is a copy of a Driscoll's production document with planting data for certain in-development varieties with Bates beginning at DRISCOLLS00010898. | Entirety | Designated Highly Confidential by Driscoll's. Discusses Driscoll's confidential business practices and strategic decisions, including information about Driscoll's proprietary plants, that are not generally known. |
| Exhibit 9 to the Declaration of Gerard M. Mooney | Exhibit 9 is a copy of Driscoll's Responses to CBC's Second Set of Interrogatories. | Entirety | Designated Highly Confidential by Driscoll's; contains non-public information regarding Driscoll's relationships with nurseries and growers, its experimental plant development research, and its financial position in the market. |
| Exhibit 10 to the Declaration of Gerard M. Mooney | Exhibit 10 is a discovery letter from Matthew Chivvis to Lucas Hori, dated February 7, 2024. | Entirety | Contains Driscoll's internal code names for its patented varieties, which are Driscoll's proprietary and business sensitive information and are not generally known. |

Having considered Driscoll's request and the entirety of the record, it is hereby ordered that Driscoll's Request to Seal is GRANTED.  The above documents shall be sealed.

**IT IS SO ORDERED.**

Dated:  August 5, 2025

_____
Troy L. Nunley
Chief United States District Judge