Richard K. Howell (State Bar No. 144241)
rhowell@rutan.com
Ronald P. Oines (State Bar No. 145016)
roines@rutan.com
Gerard M. Mooney (State Bar No. 222137)
gmooney@rutan.com
Lucas Hori (State Bar No. 294373)
lhori@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA  92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Defendants
CALIFORNIA BERRY CULTIVARS, LLC and
DOUGLAS SHAW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DRISCOLL'S, INC.<br><br>and<br><br>DRISCOLL'S OF EUROPE B.V.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA BERRY CULTIVARS, LLC<br><br>and<br><br>DOUGLAS SHAW,<br><br>Defendants. | Case No. 2:19-cv-00493-TLN-CKD<br>Honorable Troy L. Nunley<br>Courtroom: 2<br><br>**JOINT STIPULATION TO SCHEDULE SEALING REQUESTS; ORDER**<br><br>Date Action Filed:  March 20, 2019<br>Trial Date:              Not Yet Set |

Plaintiffs Driscoll's, Inc. and Driscoll's of Europe, B.V., on the one hand, and Defendants California Berry Cultivars, LLC and Douglas Shaw, on the other hand (together, the "Parties") submit this joint stipulation to schedule sealing requests.

### *Recitals.*

1. On April 29, 2025, the Court entered an order establishing deadlines for dispositive motions concerning invalidity counterclaims. (Dkt. 161.) Per that order, the Parties filed summary judgment motions as to those counterclaims on June 27, 2025. (Dkts. 167, 171.) The Parties filed opposition briefs on July 25, 2025. The Parties' reply briefs are due on August 15, 2025.

2. The Parties anticipate their respective reply briefs will contain materials designated confidential under this action's stipulated protective order, and that the respective sides may submit for sealing materials in which the opposite side has a confidentiality interest. The Parties anticipate such records will be submitted under seal in the first instance on August 15.

3. The Parties acknowledge documents filed with a dispositive motion may be sealed only upon a showing of "articulate[] compelling reasons supported by specific factual findings." *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). The Parties further acknowledge this Court's civil standing order provides "The Court will only consider requests to seal or redact filed by the proponent of sealing or redaction."

4. To allow the Parties the opportunity to review their adversaries' respective filings and to timely prepare factual submissions supporting permanent sealing of appropriate confidential documents contained or referenced with those filings, the Parties request until Friday August 22, 2025, to file requests (supported by declarations if necessary) to permanently seal records submitted with the Parties' August 15, 2025, reply briefing pursuant to Local Rules 140 and 141. The Court previously approved a similar stipulation and process for sealing of materials submitted with the Parties' opposition papers. (Dkt. 184.)

### *Stipulation.*

Based on the foregoing and subject to the Court's approval, the Parties stipulate they shall have until August 22, 2025, to file requests (including any evidentiary support) to permanently seal confidential information submitted under seal in the first instance in connection with Parties' August

Rutan & Tucker, LLP
attorneys at law

3047/034403-0003
22652943.2 a08/15/25

-2-

Case No. 2:19-cv-00493-TLN-CKD
JOINT STIP. TO SCHEDULE SEALING
REQUESTS; ORDER

15, 2025, summary judgment reply filings.  The Parties respectfully request the Court enter the attached proposed order confirming this schedule.

Dated:  August 14, 2025

Respectfully submitted,

MORRISON & FOERSTER LLP                    RUTAN & TUCKER, LLP

By:    /s/ Matthew A. Chivvis              By:    /s/ Gerard M. Mooney
      MATTHEW A. CHIVVIS                              GERARD M. MOONEY

      Attorneys for Plaintiffs                        Attorneys for Defendants
      DRISCOLL'S, INC. AND                            CALIFORNIA BERRY CULTIVARS,
      DRISCOLL'S OF EUROPE B.V.                       LLC AND DOUGLAS SHAW

Rutan & Tucker, LLP
attorneys at law

3047/034403-0003
22652943.2 a08/15/25

-3-

Case No.  2:19-cv-00493-TLN-CKD
JOINT STIP. TO SCHEDULE SEALING
REQUESTS; ORDER

**ORDER**

Based on the Parties' Joint Stipulation, and for good cause shown, IT IS ORDERED:

1. The Parties shall have until August 22, 2025, to file requests (including any evidentiary support) to permanently seal confidential information submitted under seal in the first instance in connection with Parties' August 15, 2025, reply filings.

2. Material submitted under seal in connection with the Parties' August 15, 2025, reply filings shall not put in the public record until after the Court rules on the sealing requests to be filed on August 22, 2025.

Dated: August 15, 2025

_____
Honorable Troy L. Nunley
United States District Court Judge

Rutan & Tucker, LLP
attorneys at law

3047/034403-0003
22652943.2 a08/15/25

-4-

Case No. 2:19-cv-00493-TLN-CKD
JOINT STIP. TO SCHEDULE SEALING
REQUESTS; ORDER