UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DRISCOLL'S, INC.<br><br>and<br><br>DRISCOLL'S OF EUROPE B.V.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA BERRY CULTIVARS, LLC<br><br>and<br><br>DOUGLAS SHAW,<br><br>Defendants. | Case No. 2:19-cv-00493-TLN-CKD<br>Honorable Troy L. Nunley<br>Courtroom: 2<br><br>**ORDER GRANTING CALIFORNIA BERRY CULTIVARS, LLC AND DOUGLAS SHAW'S REQUEST TO SEAL DOCUMENTS SUBMITTED WITH REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF US PLANT PATENT 18,878**<br><br>*[Transmitted concurrently with Request to Seal]*<br><br>Date Action Filed:  March 20, 2019<br>Trial Date:              Not Yet Set |

/ / /

/ / /

/ / /

/ / /

Rutan & Tucker, LLP
attorneys at law

2969/034403-0003
22659357.1 a08/15/25

-1-

Case No. 2:19-cv-00493-TLN-CKD
ORDER GRANTING REQUEST TO SEAL
DOCUMENTS RE INVALIDITY MSJ OPPOSITION

On August 15, 2025, Defendants and Counterclaimants California Berry Cultivars, LLC and Douglas Shaw (collectively, "CBC") submitted a Request to Seal the following records pursuant to the Local Rules and the Court's August 15, 2025 Order (ECF No. 201)::

| Document | Description | Basis for sealing | Sealing or redaction |
|---|---|---|---|
| California Berry Cultivars, LLC And Douglas Shaw's Reply In Support Of Motion For Summary Judgment Of Invalidity Of US Plant Patent 18,878 | California Berry Cultivars, LLC And Douglas Shaw's Reply In Support Of Motion For Summary Judgment Of Invalidity Of US Plant Patent 18,878 | Contains information designated Highly Confidential by Driscoll's | Redaction. |

Having considered CBC's request, it is hereby ordered that CBC's Request to File Under Seal is GRANTED. Any party requesting to permanently seal the records shall file supporting documentation by August 22, 2025.

**IT IS SO ORDERED.**

Dated: August 18, 2025

_____
Troy L. Nunley
Chief United States District Judge

Rutan & Tucker, LLP
attorneys at law

2969/034403-0003
22659357.1 a08/15/25

-2-

Case No. 2:19-cv-00493-TLN-CKD
ORDER GRANTING REQUEST TO SEAL
DOCUMENTS RE INVALIDITY MSJ