1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DRISCOLL'S, INC. AND DRISCOLL'S OF EUROPE B.V., <br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA BERRY CULTIVARS, LLC AND DOUGLAS SHAW,<br><br>Defendants. | Case No. 2:19-cv-00493-TLN-CKD <br><br>**ORDER GRANTING DRISCOLL'S REQUEST TO SEAL DOCUMENTS** |

On August 22, 2025, Plaintiffs Driscoll's, Inc. and Driscoll's of Europe B.V. (collectively, "Driscoll's") filed a Request to Seal the following documents:

| Document | Description | Portion for Which Sealing is Sought | Basis for Sealing |
|---|---|---|---|
| Driscoll's Reply in Support of its Dispositive Motion on Defendants Counterclaims | Driscoll's reply brief in support of its dispositive motion on Defendants' counterclaims | Unredacted portions | Contains summaries and descriptions of deposition transcripts and documents designated Highly Confidential by Driscoll's and CBC. |
| CBC's Reply in Support of Motion for Summary Judgment of Invalidity of US Plant Patent 18,878 | CBC's reply brief in support of its motion for summary judgment on the Amesti patent. | Unredacted portions | Contains summaries and descriptions of deposition transcripts and documents designated Highly Confidential by Driscoll's. |
| Exhibit AA to the Declaration of Matthew A. Chivvis | Exhibit AA is an excerpt of a true and correct copy of the deposition transcript of Michael Ferguson, taken on March 25, 2024. | Entirety of excerpt | Designated Highly Confidential by Driscoll's.  Discusses Driscoll's confidential business practices and strategic decisions that are not generally known, including testimony about Driscoll's proprietary plans for development and evaluation of patented varieties. |
| Exhibit BB to the Declaration of Matthew A. Chivvis | Exhibit BB is an excerpt of a true and correct copy of the deposition transcript of Richard Harrison, taken on March 29, 2024. | Entirety of excerpt | Designated Highly Confidential by Driscoll's.  Discusses Driscoll's confidential business practices and strategic decisions that are not generally known, including testimony about Driscoll's proprietary plans for |

| | | | |
|---|---|---|---|
| | | | development and evaluation of patented varieties. |
| Exhibit CC to the Declaration of Matthew A. Chivvis | Exhibit CC is a chart of the metadata associated with production document Bates labeled DRISCOLLS00012456, | Entirety of document | Designated Highly Confidential by Driscoll's. Reveals information about Driscoll's confidential business practices and strategic decisions that are not generally known, including information about Driscoll's development and evaluation of patented varieties. |

Having considered Driscoll's request, the entirety of the record, and the representation that CBC does not oppose this request, it is hereby ordered that Driscoll's Request to Seal is GRANTED. The above documents shall be sealed. Further, the Clerk of Court is directed to seal ECF No. 204 and CBC is directed to refile their reply within seven (7) days with Plaintiffs' additional proposed redactions.

**IT IS SO ORDERED.**

Dated:  August 27, 2025

Troy L. Nunley
Chief United States District Judge