UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DRISCOLL'S, INC.<br><br>and<br><br>DRISCOLL'S OF EUROPE B.V.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA BERRY CULTIVARS, LLC<br><br>and<br><br>DOUGLAS SHAW,<br><br>　　　　　Defendants. | Case No. 2:19-cv-00493-TLN-CKD<br>Honorable Troy L. Nunley<br>Courtroom: 2<br><br>**ORDER GRANTING CALIFORNIA BERRY CULTIVARS, LLC AND DOUGLAS SHAW'S NOTICE OF REQUEST TO SEAL PLAINTIFFS' UNREDACTED REPLY IN SUPPORT OF ITS DISPOSITIVE MOTION ON DEFENDANTS' COUNTERCLAIMS [ECF NO. 205]**<br><br>*[Transmitted concurrently with Request to Seal and Declaration of Dr. Kyle VandenLangenberg]*<br><br>Date Action Filed:　March 20, 2019<br>Trial Date:　　　　Not Yet Set |

/ / /

/ / /

/ / /

/ / /

On August 22, 2025, Defendants and Counterclaimants California Berry Cultivars, LLC and Douglas Shaw (collectively, "CBC") submitted a Request to Seal the following record pursuant to the Local Rules and the Court's August 15, 2025 Order (ECF No. 201):

| Document | Description | Basis for sealing | Sealing or redaction |
|---|---|---|---|
| Driscoll's, Inc. and Driscoll's of Europe B.V.'s Unredacted Reply in Support of its Dispositive Motion on Defendants' Counterclaims (ECF No. 205) | Driscoll's, Inc. and Driscoll's of Europe B.V.'s Unredacted Reply in Support of its Dispositive Motion on Defendants' Counterclaims (ECF No. 205) | Contains CBC's highly confidential and trade secret information. | Redaction. |

Having considered CBC's request, it is hereby ordered that CBC's Request to Seal is GRANTED.

**IT IS SO ORDERED.**

Dated: August 28, 2025

_____
Troy L. Nunley
Chief United States District Judge