1   MATTHEW A. CHIVVIS (CA SBN 251325)
    mchivvis@mofo.com
2   MORRISON & FOERSTER LLP
    425 Market Street
3   San Francisco, California 94105-2482
    Telephone:   (415) 268-7000
4   Facsimile:    (415) 268-7522

5   Attorneys for Plaintiffs
    DRISCOLL'S, INC. AND
6   DRISCOLL'S OF EUROPE B.V.

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                       SACRAMENTO DIVISION

11

12   DRISCOLL'S, INC.                    | Case No.    2:19-cv-00493-TLN-CKD

13   and                                 | **JOINT STATEMENT,
                                          | STIPULATION, AND ORDER
14   DRISCOLL'S OF EUROPE B.V.,          | REGARDING STAY**

15              Plaintiffs,
                                          | Complaint filed:     March 20, 2019
16        v.

17   CALIFORNIA BERRY CULTIVARS, LLC

18   and

19   DOUGLAS SHAW,

20              Defendants.

21

22

23

24

25

26

27

28

JOINT STATEMENT, STIPULATION, AND ORDER RE: STAY
CASE NO. 2:19-cv-00493-TLN-CKD

1    **WHEREAS**:  The Parties write to inform the Court that they have been engaging in

2    substantive discussions regarding settlement and have agreed on core terms.  To facilitate

3    resolution of this matter, the Parties hereby stipulate and agree that this case should be stayed for

4    thirty (30) days.  The Parties will either dismiss this case within that time pursuant to settlement,

5    or provide a further status update to the Court.

6    **NOW THEREFORE**:  Pursuant to the Parties' stipulation, this case is stayed for thirty

7    (30) days.  The Parties shall either make the appropriate submission to dismiss this case or

8    provide a further status report within this time.

9

10   Dated: February 12, 2026                 MORRISON & FOERSTER LLP

11

12                                            By:  */s/ Matthew A. Chivvis*
                                                   MATTHEW A. CHIVVIS

13                                                 Attorneys for Plaintiffs
                                                   DRISCOLL'S, INC. and
14                                                 DRISCOLL'S OF EUROPE B.V.

15

16   Dated: February 12, 2026                 RUTAN & TUCKER, LLP

17

18                                            By:  */s/ Gerard M. Mooney (as authorized on 2/12/26*)
                                                   GERARD M. MOONEY

19                                                 Attorneys for Defendants
                                                   CALIFORNIA BERRY CULTIVARS, LLC
20                                                 and DOUGLAS SHAW

21

22

23          **IT IS SO ORDERED.**

24

25   Dated: February 13, 2026                 _____
                                              Troy L. Nunley
26                                            Chief United States District Judge

27

28

JOINT STATEMENT, STIPULATION, AND ORDER RE: STAY
CASE NO. 2:19-cv-00493-TLN-CKD                                              1